**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| **In re: MICHAEL ALVAREZ**<br>**5419 Nutmeg Ct.**<br>**Richmond, VA 23225**<br>xxx-xx-6726<br>Debtor. | Case No. 18-32795-KRH<br>Chapter 13 |

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW the Commonwealth of Virginia, Department of Social Services, Division of Child Support Enforcement (the "Division"), by counsel, and hereby objects to the confirmation of the chapter 13 plan filed on May 29, 2018 by the debtor in the above-captioned case (the "Debtor"), and in support thereof respectfully states as follows:

1. On May 29, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 13 of the Bankruptcy Code.

2. On May 29, 2018, the Debtor filed his proposed chapter 13 plan.

3. On June 20, 2018, the Division timely filed a proof of claim for priority domestic support obligation arrearages in the amount of $14,694.89, designated as claim number 3 in the official claims register (the "DSO Claim").

A. *The Debtor's Plan Fails to Provide for Full Payment of Priority Obligations*

4. Section 2.B. of the Debtor's Plan includes child support obligations payable to "DCSE – Bankruptcy Division" in the estimated claim amount of $11,000.00. The DSO Claim is over $3,600.00 more than the estimated amount included in the Debtor's Plan.

5. The total funding of the Debtor's plan is $20, 850.00 and proposes a 10% dividend to unsecured creditors. Taking into consideration the other obligations to be paid by the Trustee

Elizabeth L. Gunn, VSB No. 71044
Assistant Attorney General
Dept. of Social Services, Division of Child Support Enforcement
2001 Maywill Street, Suite 200
Richmond, VA 23230
804-367-8270
elizabeth.gunn@dss.virginia.gov

pursuant to the Debtors' Plan, including attorneys' fees, Trustee's fees, and secured claims, it is unclear whether the Plan provides sufficient funding to pay the DSO Claim in full.

6. In order to have a chapter 13 plan confirmed, it must provide for the full payment of all claims entitled to priority under 11 U.S.C. § 507, including domestic support obligations, unless the holder of the claim agrees otherwise. The Division does not consent to a different treatment.

WHEREFORE, for the reasons stated herein, the Commonwealth of Virginia, Department of Social Services, Division of Child Support Enforcement, respectfully requests that the Court deny confirmation of the Debtor's chapter 13 plan and grant the Division such other and further as it deems just and proper.

Dated: July 25, 2018

COMMONWEALTH OF VIRGINIA,
DEPARTMENT OF SOCIAL SERVICES,
DIVISION OF CHILD SUPPORT ENFORCEMENT

/s/ Elizabeth L. Gunn
Elizabeth L. Gunn, VSB No. 71044
Assistant Attorney General
Dept. of Social Services
Division of Child Support Enforcement
2001 Maywill Street, Suite 200
Richmond, VA 23230
804-367-8270
elizabeth.gunn@dss.virginia.gov

## Certificate of Service

      I hereby certify that on the 25th day of July, 2018, I electronically filed the foregoing Objection to Confirmation of Chapter 13 Plan with the Clerk of Court using the CM/ECF system, which provides electronic notice of such filing to all parties that receive notice in this matter including the following:

> Ellen P. Ray, Esq.
> *Counsel for the Debtor*
>
> Carl M. Bates, Esq.
> *Chapter 13 Trustee*

and mailed a copy of the foregoing by first class mail, postage prepaid, to the following non-CM/ECF participant:

> Michael Alvarez
> 5419 Nutmeg Ct
> Richmond, VA 23225

        /s/ Elizabeth L. Gunn
        Assistant Attorney General